# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

9/15/11

#8372
$0.94
9/15/11
mjc

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    LAZA, SOL MAGDALENA    /    Case # 10-20582
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $0.94. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Genesee Mental Health      Amount $ 0.94      Claim Register #  1

DOUGLAS J. LUSTIG
Trustee

FILED 11 SEP 15 PM 2:10 U.S. BANKRUPTCY COURT WDNY ROCHESTER

1600 Crossroads Building
Two State Street
Rochester, NY 14614
585 232 3730
FAX 585 232 3882
www.cdlawyers.com
CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP